■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORRIS LASALLE, Appellant. [881 NYS2d 298]—Judgment, Supreme Court, New York County (James A. Yates, J.), rendered February 22, 2007, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 12 years to life, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is without merit (*see Almendarez-Torres v United States*, 523 US 224 [1998]). Concur—Gonzalez, P.J., Tom, Mazzarelli, Andrias and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENGRACIA SOTO, Also Known as EUGRACIA SOTO, Appellant. [881 NYS2d 359]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about May 18, 2007, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Tom, Mazzarelli, Andrias and Saxe, JJ.